ASCENSION LAW GROUP
PAMELA TSAO( 266734)
12341 Newport Ave.,
Suite B200
North Tustin, CA 92705
PH: 714.783.4220
FAX: 888.505.1033
Pamela.Tsao@ascensionlawgroup.com

Attorneys for Plaintiff  HOANG MINH LE

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| HOANG MINH LE, an individual,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>WHITE AVENUE PLAZA, LLC, a limited liability company;<br>;<br><br>　　　　Defendants. | Case No.: 5:23-cv-00500-JLS-SP<br><br>**PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL OF ENTIRE ACTION WITH PREJUDICE PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(a)(1)** |

**NOTICE OF VOLUNTARY DISMISSAL OF DEFENDANT**
**5:23-CV-00500-JLS-SP**

**PLEASE TAKE NOTICE** that Plaintiff Hoang Minh Le ("Plaintiff") pursuant to Federal Rule of Civil Procedure Rule 41(a)(1), hereby voluntarily dismisses the entire action *with prejudice* pursuant to Federal Rule of Civil Procedure Rule 41(a)(1) which provides in revalent part:

(a) **Voluntary Dismissal.**

(1) By the Plaintiff.

(A) *Without a Court Order.* Subject to Rules 23(e), 23.1(c), 23.2, and 66 and any applicable federal statute, the plaintiff may dismiss an action without a court order by filing:

(i) A notice of dismissal before the opposing party serves either an answer or a motion for summary judgment.

Defendant WHITE AVENUE PLAZA, LLC, a limited liability company has neither answered Plaintiff's Complaint, nor filed a motion for summary judgment. Accordingly, Defendant may be dismissed with prejudice and without an Order of the Court.

ASCENSION LAW GROUP, PC

DATE: April 11, 2023

_____/s/ Pamela Tsao_____

Pamela Tsao, attorney for Plaintiff Hoang Minh Le

**NOTICE OF VOLUNTARY DISMISSAL OF DEFENDANT**
**5:23-CV-00500-JLS-SP**